UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>DARRELL GRIFFIN | No. 21 CR 693<br><br>Judge Sharon Johnson Coleman |

## NOTICE OF APPEAL

Notice is hereby given that the UNITED STATES OF AMERICA appeals to the United States Court of Appeals for the Seventh Circuit from this Court's order dated November 30, 2023, which was entered on the docket on November 30, 2023.

                                              Respectfully submitted,

                                              MORRIS PASQUAL
                                              Acting United States Attorney

                                              /s/ *Alexandra Morgan*
                                              GEORGIA N. ALEXAKIS
                                              ALEXANDRA MORGAN
                                              G. DAVID ROJAS
                                              RAMON VILLALPANDO
                                              Assistant U.S. Attorneys
                                              219 South Dearborn St., Rm. 500
                                              Chicago, Illinois 60604
                                              (312) 353-5300

Date: December 4, 2023

## CERTIFICATE OF SERVICE

The undersigned Assistant United States Attorneys hereby certify that in accordance with Fed. R. Crim. P. 49, Fed. R. Div. P. 5, LR 5.5, and the General Order on Electronic Case Filing ("ECF"), the government's Notice of Appeal was served, pursuant to the district court's ECF system, to opposing counsel of record.

                                          By:   /s/ *Alexandra Morgan*
                                                      GEORGIA N. ALEXAKIS
                                                      ALEXANDRA MORGAN
                                                      G. DAVID ROJAS
                                                      RAMON VILLALPANDO
                                                      Assistant U.S. Attorneys
                                                      219 South Dearborn St., Rm. 500
                                                      Chicago, Illinois 60604
                                                      (312) 353-5300

Date: December 4, 2023